| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | MAR 31 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

NEIL JAMES ROBERSON,

        Petitioner - Appellant,

 v.

JASON BENNETT,

        Respondent - Appellee.

No. 25-1257

D.C. No. 2:24-cv-00241-JCC
Western District of Washington, Seattle

ORDER

Before:    CLIFTON and VANDYKE, Circuit Judges.

This appeal is from the denial of appellant's post-judgment motion. The request for a certificate of appealability is denied because appellant has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also* 28 U.S.C. § 2253(c)(2); *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012); *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003); *Rose v. Guyer*, 961 F.3d 1238, 1245-46 (9th Cir. 2020) (explaining that a certificate of appealability is required to appeal an order that "pertain[s] to" and is not "wholly distinct from" the district court's adjudication of the habeas petition); *Martinez v. Shinn*, 33 F.4th 1254, 1261 (9th Cir. 2022).

The court will not require appellant to submit a disclosure statement under Federal Rule of Appellate Procedure 26.1 and Ninth Circuit Rule 26.1-1. Appellant's related motion (Docket Entry No. 3) to appoint counsel and extend time is therefore unnecessary.

All other pending motions are denied as moot.

No further filings will be entertained in this closed case.

**DENIED.**